

LODGED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HILEX POLY CO., LLC, | CASE NO.: CV 06-1628 GHK (CWx) |
|---|---|
| Plaintiff, | *Assigned to the Hon. George H. King* |
| v. | [PROPOSED] ORDER RE: *EX PARTE* APPLICATION FOR AN INITIAL 30-DAY EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT |
| BAXVILLE, INC. d/b/a/ RICHWAY PLASTICS, | |
| Defendant. | |

*rejected & denied*

The Court, having considered defendant Baxville, Inc. d/b/a Richway Plastics' *Ex Parte* Application For An Initial 30-Day Extension Of Time To Answer Or Otherwise Respond To The Complaint ("The Application"), the opposing and reply papers, if any, and additional evidence and argument of counsel presented at the hearing of this matter, if any, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT** defendant Baxville, Inc. d/b/a Richway Plastics' Application is **GRANTED**.



1  The initial time within which defendant Baxville, Inc. d/b/a Richway
2  Plastics must answer or otherwise respond to the initial Complaint in this action shall
3  be extended by thirty (30) days through and including May 10, 2006.
4
5  IT IS SO ORDERED.
6
7  DATED: 4/11, 2006
8  The Hon. George H. King,
   United States District Judge
9
10 Presented on April 10, 2006 by:
11
12 Howard Ho
   President
13 Baxville, Inc. d/b/a Richway Plastics
   4168 Bandini Blvd.
14 Vernon, CA 90058
   Tel: (323) 780-9898
15 Fax: (323) 780-3838

*Handwritten judge's annotation:* This application is rejected. A non-lawyer may not represent a corporate entity. Local Rule 83-2.10.1. There is no showing that Howard Ho is duly admitted to practice before this Court. Accordingly, this application is STRICKEN, + [illegible].

-2-

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to the instant action. My business address is 4168 Bandini Blvd., Vernon, CA 90058.

On April 10, 2006, I served the following document described as [PROPOSED] ORDER RE: *EX PARTE* APPLICATION FOR AN INITIAL 30-DAY EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelope(s) and/or package(s) addressed as follows:

### PLEASE SEE ATTACHED SERVICE LIST

? **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

X **BY FACSIMILE:** I served said document to be transmitted by facsimile to the above addressee(s) at the above-listed facsimile number(s). The sending facsimile machine issued a transmission report confirming that the transmission was complete and without error.

? **BY FEDERAL EXPRESS:** I served such envelope or package to be delivered for next day delivery by Federal Express upon the above addressee(s).

? **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the above addressee(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 10, 2006 Angeles, California.

_Michelle C._

-3-

## SERVICE LIST

William P. Donovan, Jr., Esq.
DLA Piper Rudnick Gray Cary US LLP
1999 Avenue of the Stars, Fourth Floor
Los Angeles, California 90067-6022
Telephone: (310) 595-3000
Facsimile: (310) 595-3300
email: william.donovan@dlapiper.com

Thomas J. Durling, Jr. (pro hac vice)
Paul Carango, Esq. (pro hac vice)
Jennifer Corry, Esq. (pro hac vice)
DLA Piper Rudnick Gray Cary US LLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103
Telephone: (215) 656-2431
Facsimile: (215) 656-2498
email: thomas.durling@dlapiper.com
       paul.carango@dlapiper.com
       jennifer.corry@dlapiper.com

-4-