# ORIGINAL

*Priority Send*

FILED
CLERK, U.S. DISTRICT COURT

MAY 5 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILEX POLY CO., LLC, | No. CV 06-1628 GHK(CWx) |
| Plaintiff(s), | ORDER SETTING SCHEDULING CONFERENCE |
| vs. | **READ IMMEDIATELY!** |
| BAXVILLE, INC., | **[FOR ALL CASES FILED AFTER DECEMBER 1, 2000]** |
| Defendant(s) | **(REVISED AS OF OCTOBER 1, 2001)** |

In light of the 2000 amendments to the Federal Rules of Civil Procedure, this order replaces the procedures for the setting of a mandatory status conference previously reflected in paragraphs 12 and 13 of the court's Order Re: Case Management. The previously referenced "Mandatory Status Conference" shall hereinafter be designated the "Scheduling Conference."  The previously referenced "Joint Status Report" shall hereinafter be designated the "Report of Parties' Planning Meeting."  The prior procedure for the filing of a "Joint Notice of Mandatory Status Conference" is abrogated.



DOCKETED ON CM

MAY - 8 2006

BY _____ 021

/ / /

Counsel shall read this order carefully and shall have available the 2000 amendments to Rule 26 in complying with this Order.

I.   **THIS MATTER IS SET FOR SCHEDULING CONFERENCE ON:**

**MONDAY, JULY 10, 2006 AT 1:30 P.M.,** at the Royal Federal Building and Courthouse, 255 E. Temple Street, Suite 650, Los Angeles, California.

Counsel primarily responsible for the conduct of this litigation and who has the authority to enter into stipulations and to make admissions regarding all matters that the participants may reasonably anticipate may be discussed, or the party if unrepresented, **SHALL ATTEND IN PERSON.**

II.   **PARTIES' PLANNING MEETING PURSUANT TO RULE 26(f)**

By no later than, **JUNE 09, 2006,** counsel for all appearing parties and all unrepresented appearing parties, if any, shall meet, in person, and discuss the matters set forth in Fed. R. Civ. P. 26(f)(1) - (4) as well as those items identified in part III A-J, infra.

III.   **REPORT OF PARTIES' PLANNING MEETING**

By no later than, **JUNE 26, 2006,** counsel for all appearing parties and all unrepresented appearing parties, if any, shall file a joint **"REPORT OF PARTIES' PLANNING MEETING"** which shall (1) be so labeled, (2) state the date of the Scheduling Conference set above by this Order, and (3) address not only those subjects in Rule 26(f)(1)-(4), but also the following:

A.   The basis for subject matter jurisdiction;

B.   Concise statement of the factual and legal basis of the

claims and defenses;

C.  Prospects of the parties exercising their right under 28 U.S.C. Section 636 to consent to the designation of a Magistrate Judge to conduct all proceedings (including trial) and final disposition pursuant to General Order 194-G.  In this regard, counsel should note that they may select any Magistrate Judge (i.e. counsel are not limited to consenting to the Magistrate Judge assigned to this case) for such purposes, as long as all parties concur and the selected Magistrate Judge is available. Counsel should also note that the Magistrate Judges will issue their own scheduling orders, and will be able to give the parties a "date certain" for trial.

**COUNSEL SHALL DISCUSS THIS SUBJECT SPECIFICALLY WITH HIS/HER CLIENT**, and the parties' position on the REPORT OF PARTIES' PLANNING MEETING shall reflect the considered and informed judgment of the parties;

D.  Proposed cut-off date by which all discovery shall be completed.  If the parties anticipate calling expert witnesses, they shall propose a schedule for compliance with Rule 26(a)(2) and the completion of any discovery directed at such expert witnesses;

E.  Proposed dates for Pre-Trial Conference and Trial;

F.  Major procedural or evidentiary problems, if any;

G.  Prospects of settlement and proposed (1) date and (2) procedure for compliance with Local Rule 16-14 (formerly Local Rule 23);

H.  A realistic estimate of the number of court days required to present each side's case-in-chief;

3

I.   Whether trial is to be by jury or by the court;

J.   The name of the attorney(s) who will actually try the case on the actual trial date.

IV.   **SANCTIONS FOR NON-COMPLIANCE**

Counsel and any unrepresented party are warned that failure to comply fully and strictly with this Order may lead to the imposition of all appropriate sanctions.

**IT IS SO ORDERED.**

DATED: ___5/4___,2006

GEORGE H. KING
United States District Judge

4