**ORIGINAL**  •  **P/SEND**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 06-1628-GHK(CWx) | Date | July 10, 2006 |
| Title | HILEX POLY CO., LLC. v. BAXVILLE, INC. | | |

SCANNED

---

**Presiding: The Honorable**     **GEORGE H. KING, U. S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

WILLIAM P. DONOVAN, JR.                              LISBETH BOSSHART

**Proceedings:**     **SCHEDULING CONFERENCE**

Court conducts scheduling conference with counsel, and enters the following scheduling order:

1. Deadline for any stipulation or motion to amend as to pleadings or parties is set for August 11, 2006.
2. All fact discovery shall be completed by no later than December 11, 2006.
3. The parties shall designate their expert witnesses, and make the required disclosures by no later than December 11, 2006, and do likewise for any rebuttal expert witnesses by no later than January 11, 2007.
4. All expert discovery shall be completed by no later than February 12, 2007.
5. The parties shall comply with Local Rule 16-14 by no later than February 28, 2007. However, in light of the parties' desire to conduct an early settlement conference after some preliminary discovery, court encourages the parties to attempt to resolve this matter at the earliest possible time.
6. If the case does not settle, counsel shall meet and confer, after the discovery completion dates, and prepare a fully integrated joint briefing on claim construction which shall be filed no later than March 30, 2007, and noticed regularly thereafter for hearing under the Local Rules.

The court will issue such other orders as may be appropriate after resolution of the claim construction issues.

**IT IS SO ORDERED.**



DOCKETED ON CM
JUL 1 3 2006
BY _____ 021

                                                                  : ___10___
                                          Initials of Preparer    Bea