WILLIAM P. DONOVAN, JR. (Bar No. 155881)
william.donovan@dlapiper.com
DLA PIPER US LLP
1999 Avenue of the Stars, Suite 400
Los Angeles, CA 90067-6022
Tel: 310.595.3000
Fax: 310.595.3300

THOMAS J. DURLING (admitted *pro hac vice*)
thomas.durling@dlapiper.com
PAUL CARANGO (admitted *pro hac vice*)
paul.carango@dlapiper.com
JENNIFER L. CORRY (admitted *pro hac vice*)
jennifer.corry@dlapiper.com
DLA PIPER US LLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103
Tel: 215.656.2431
Fax: 215.656.2498

Attorneys for Plaintiff
HILEX POLY CO., LLC

Priority ✓
Send ✓
Enter __
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 __
Scan Only __

FILED
CLERK, U.S. DISTRICT COURT
OCT 30 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILEX POLY CO., LLC,<br><br>Plaintiff,<br><br>v.<br><br>BAXVILLE, INC. d/b/a RICHWAY PLASTICS,<br><br>Defendant. | CASE NO. CV 06-1628 GHK (CWx)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>VIA FAX |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

////
////
////

IT IS SO ORDERED:

DATE: 10/27/06

_____
United States District Judge

-1-

DOCKETED ON CM
OCT 31 2006
BY _____ STIPULATION OF DISMISSAL
021

DLA PIPER US LLP
LOS ANGELES

LODGED
2006 OCT 27 PM 12:37

Dated: October 26, 2006

DLA PIPER US LLP

WILLIAM P. DONOVAN, JR.
THOMAS J. DURLING (admitted *pro hac vice*)
PAUL CARANGO (admitted *pro hac vice*)
JENNIFER L. CORRY (admitted *pro hac vice*)

ATTORNEYS FOR PLAINTIFF, HILEX POLY CO., LLC

Dated: October 26, 2006

SHAUB & WILLIAMS LLP

LISBETH BOSSHART

ATTORNEYS FOR DEFENDANT, BAXVILLE, INC. d/b/a RICHWAY PLASTICS

STIPULATION OF DISMISSAL

**PROOF OF SERVICE BY MAIL**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within cause. My business address is DLA Piper US LLP, 1999 Avenue of the Stars, Fourth Floor, Los Angeles, California 90067-6022.

I served the below listed document(s) described as:

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

on October 27, 2006, on the following parties to this cause by mailing a copy of the above document(s) as follows:

Lisbeth Bosshart, Esquire          Attorney for Defendant
Shaub & Williams LLP
12121 Wilshire Blvd., Suite 205
Los Angeles, CA  90025-1165

I am familiar with the office practice of DLA Piper Rudnick Gray Cary US LLP for collecting and processing documents for mailing with the United States Postal Service, which practice is that when documents are deposited with the DLA Piper Rudnick Gray Cary US LLP personnel responsible for depositing documents with the United States Postal Service, such documents are delivered to the United States Postal Service that same day in the ordinary course of business with postage thereon fully prepaid. I placed a sealed envelope containing the document(s) in DLA Piper Rudnick Gray Cary's Los Angeles interoffice mail, addressed to the above parties.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on October 27, 2006, at Los Angeles, California.

*Donna A. Bustos*
Donna A. Bustos

DLA PIPER US LLP
ATTORNEYS AT LAW
LOS ANGELES