# ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

P/SEND

## CIVIL MINUTES - GENERAL

| Case No. | CV 06-1628-GHK (CWx) | Date | November 3, 2006 |
|---|---|---|---|
| Title | Hilex Poly Co. v. Baxville, Inc. | | |

**Presiding: The Honorable**   **GEORGE H. KING, U. S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

None                                                                   None

**Proceedings:**    Order re: Motion to Withdraw

This matter is before the Court on Counsel Shaub & Williams LLP's Motion to Withdraw as counsel for Defendant Baxville, Inc. We have considered the papers filed on this Motion, and deem this matter appropriate for resolution without oral argument. L.R. 7-15. The hearing scheduled for November 6, 2006, is **TAKEN OFF CALENDAR** and **VACATED**. The Motion is **GRANTED**.

**IT IS SO ORDERED.**

Initials of Preparer   Bea




DOCKETED ON CM
NOV - 6 2006
BY _____ 002